Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
Adrian R. Bacon (280332)
2155 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SCHAFFER**, **SID NAIMAN**, and **ABANTE ROOTER AND PLUMBING, INC.**,, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INSTABOOST**; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:19-cv-06781-DMG-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 20TH day of December, 2019.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal  - 1

Filed electronically on this 20th day of December, 2019, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 20th day of December, 2019, via the ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

And mailed to:

Ray Vera
Instaboost
4 Hutton Centre Dr., Ste. 580
Santa ana, CA 92707

This 20th day of December, 2019.
By: s/Todd M. Friedman
        Todd M. Friedman